FILED
at 8:30 o'clock A M

DEC 0 2 2021

United States Bankruptcy Court
Albuquerque, New Mexico

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Joel Alan Gaffney                                    Case No.

Debtor.

### CERTIFICATION/STATEMENT REGARDING MARITAL STATUS

Pursuant to NM LBR 1002-1, I certify that:

**EITHER (CHOOSE ONLY ONE)**

[✓]   I have no spouse;

**OR**

[ ]   I have a non-filing spouse, whose name is _____.
To the best of my knowledge, information and belief, the last four digits of my spouse's social security number are _____, and my spouse's mailing address is: _____.

I declare under penalty of perjury that this information is true and correct.

_____
Debtor's signature
Name: Joel Alan Gaffney
Address: 4200 Montgomery Blvd NE Apt 208
         Albuquerque, NM 87109
Telephone: (505)261-7157
Email: joel.alan.gaffney@gmail.com

NM LF 1002-1