

**U.S. Department of Justice**

Office of the United States Trustee, Region 20
Districts of Kansas, Oklahoma and New Mexico

421 Gold Avenue, SW, Room 112
Albuquerque, New Mexico 87102     505/248-6544

# ATTENTION DEBTORS WITHOUT AN ATTORNEY

**SOME DEBTORS HAVE BEEN VICTIMIZED** by unscrupulous practices on the part of those who assisted them in preparing their bankruptcy petitions. Sometimes these fraudulent petition preparers claim to be affiliated with religious groups, non-profit or charitable organizations or even the government. Occasionally they represent themselves to be attorneys or affiliated with attorneys. Once they gain their victims' trust, they may demand an excessively large sum of money to file a bankruptcy case. In many instances they direct victims to pay mortgage or rent payments over to them and then fail to pay the money to the creditors. Some victims have even been persuaded to transfer ownership of their homes, only to find themselves evicted shortly thereafter. Alternatively, a debtor may be inadvertently drawn into a fraudulent scheme where their schedules are falsified to include property that does not belong to the debtor.

**FEDERAL LAW REQUIRES** all non-lawyers who assist debtors in the preparation of bankruptcy petitions to: (1) sign the bankruptcy documents; (2) provide their names, addresses, and social security numbers; (3) have debtors review all documents before they are signed; and (4) disclose any fees they have been paid or are still owed.

**FEDERAL LAW PROHIBITS** petition preparers from: (1) providing legal advice; (2) signing their clients' names on documents; (3) collecting or receiving court filing fees; and (4) using the word "legal" in their advertisements.

PETITION PREPARERS WHO VIOLATE THIS LAW MAY BE SUBJECT TO FINES, PENALTIES AND EVEN PAYMENT OF DAMAGES TO THE DEBTOR OF $2000 OR MORE. ALSO, IF THE PETITION PREPARER CHARGED MORE THAN THE VALUE OF THE SERVICES RENDERED, THE COURT MAY ORDER SOME OF THE MONEY REFUNDED.

**ATTACHED IS A STATEMENT FOR YOU TO COMPLETE AND SIGN BEFORE YOU MEET WITH YOUR CASE TRUSTEE. You may retain this information sheet for your future reference. PLEASE MAKE CERTAIN THAT YOUR ANSWERS ARE AS COMPLETE AND ACCURATE AS POSSIBLE. YOUR ANSWERS WILL ASSIST YOUR CASE TRUSTEE AND THE UNITED STATES TRUSTEE IN PROTECTING YOUR RIGHTS AS A DEBTOR.**

**REV 8/2012**

**QUESTIONNAIRE FOR DEBTORS WITHOUT AN ATTORNEY**

Debtor's Name:_____     Case No.:_____

Debtor's Current Address: _____

_____     Debtor's Telephone No.: _____

Name of Case Trustee: _____     Date of § 341(a) Meeting: _____

1. I paid *someone* to assist me in preparing my bankruptcy documents:  YES _____  NO _____  **OR**

   I obtained bankruptcy documents or services from the Internet:  YES _____  NO _____

**(If no to the above questions, skip the rest of the questions and sign and date this document at the bottom).**

2. **Information regarding petition preparer / Internet provider**:

   Name:_____

   Company: _____ Telephone No.:_____

   Address / Web site: _____

3. Amount paid :_____ Date of payment:_____

   The amount I paid included the court filing fees   Yes ____   No _____
   if no, amount paid for filing fee: _____
   The filing fee was paid by: cash _____   check _____   money order _____   installments _____

   Was the payment made payable to the U.S. Bankruptcy Court   Yes ____   No ____

4. I was given a copy of petition and schedules before they were signed and filed.   YES _____   NO _____
5. I did sign my own name on the petition and schedules.   YES _____   NO _____
6. At any time did the petition preparer say or indicate that he/she was an attorney or working with an attorney?
   YES _____   NO ____
7. The person who assisted me explained the difference between Chapter 7 and Chapter 13.
   YES _____   NO _____
8. The person who assisted me explained what an exemption was.   YES _____ NO _____
9. I was directed to make my mortgage/rent payments to someone other than my creditor/landlord.
   YES____   NO _____
   The person I was directed to make payments to: _____
11. I was directed to transfer the title to my home.   YES _____   NO _____
    The person I transferred title to is: _____
12. I was directed to put false information on my bankruptcy documents.   YES _____   NO _____
    The false information is: _____
    _____.
13. I was directed to say I had no assistance in preparing my documents.   YES _____   NO _____
14. I completed this document with the help of the bankruptcy petition preparer or someone from the preparer's company.
    YES _____   NO _____

**I declare under penalty of perjury that the foregoing is true and correct.**

SIGNATURE: _____   DATE:_____

_____   DATE: _____

**PLEASE GIVE THIS COMPLETED DOCUMENT TO YOUR TRUSTEE AT YOUR CREDITORS MEETING AND RETAIN THE ATTACHED LETTER FOR YOUR FUTURE REFERENCE.**

Rev 8/2012