In re: JOEL ALAN GAFFNEY ,                                                                 Case No.:   21−11322−j7

        Debtor.

PRO SE PARTY ELECTRONIC NOTICE AND SERVICE CONSENT FORM –
BANKRUPTCY CASE

      I hereby consent to receive notices electronically (i.e., by email at the email address given below) and waive my right to receive them by United States mail. I also consent to electronic service of any motions and other papers that may be filed in this case, and waive personal service or service by United States mail. Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

      I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to email messages, not paper copies.

_____                    _____
Signature of Debtor/Party                                                                   Email address

Name: _____

Date: _____

_____                    _____
Signature of Joint Debtor                                                                    Email address

Name: _____

Date: _____

NM LF 5005−2(b)−1