# Notice Recipients

District/Off: 1084−1 | User: admin | Date Created: 12/2/2021
Case: 21−11322−j7 | Form ID: econsent | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joel Alan Gaffney     4200 Montgomery Blvd NE Apt 208     Albuquerque, NM 87109

TOTAL: 1