# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 12/2/2021 |
| Case: 21–11322–j7 | Form ID: pdfquest | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Joel Alan Gaffney     4200 Montgomery Blvd NE Apt 208     Albuquerque, NM 87109

TOTAL: 1