# Notice Recipients

District/Off: 1084–1     User: admin     Date Created: 12/2/2021
Case: 21–11322–j7     Form ID: edropbox     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joel Alan Gaffney     4200 Montgomery Blvd NE Apt 208     Albuquerque, NM 87109

TOTAL: 1