# Notice Recipients

District/Off: 1084–1  User: admin  Date Created: 12/2/2021
Case: 21–11322–j7  Form ID: prose1  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joel Alan Gaffney    4200 Montgomery Blvd NE Apt 208    Albuquerque, NM 87109

TOTAL: 1