# Notice Recipients

District/Off: 1084–1　　　User: admin　　　Date Created: 12/02/2021
Case: 21–11322–j7　　　Form ID: 309A　　　Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db          Joel Alan Gaffney        4200 Montgomery Blvd NE Apt 208      Albuquerque, NM 87109
ust         United States Trustee        PO Box 608      Albuquerque, NM 87103–0608
tr          Yvette J. Gonzales        Trustee      PO Box 1037      Placitas, NM 87043–1037
3983724     Amex        Po Box 297871      Fort Lauderdale, FL 33329
3983725     Bbva Usa        15 20th St S fl 9      Birmingham, AL 35233
3983726     Brandon D Flath        200 Skyline Dr      Edgewood, NM 87015
3983727     Brian Dale Van Winkle        702 White mtn      Ruidoso, NM 88355
3983731     CPF Commission        2440 Louisiana Blvd. NE Suite 280      Albuquerque, NM 87110
3983728     Capital One Bank Usa N        15000 Capital One Dr      Richmond, VA 23238
3983729     Capital one        Po Box 30253      Salt Lake City, UT 84130
3983730     Celine Marie Lewis        6120 Chayote Rd. NE      Rio Rancho, NM 87144
3983732     Discover Bank        PO Box 30943      Salt Lake City, UT 84130
3983733     Discover Fin Svcs Lie        Po Box 15316      Wilmington, DE 19850
3983734     Edward S Gaffney        2105 Madeira Dr NE      Albuquerque, NM 87110
3983735     Fed Loan Serv        Po Box 60610      Harrisburg, PA 17106
3983736     Frontline Asset Strategies        2700 Snelling Ave N. Suite 250      Roseville, MN 55113
3983737     Guglielmo & Associates        PO Box41688      Tucson, AZ 85717
3983738     Internal Revenue Service        PO Box 7346      Philadelphia, PA 19101–7346
3983739     JpmcbCard        Po Box 15298      Wilmington, DE 19850
3983740     Julie Ann Delgado        1414 S. Union Ave      Apt D–11      Roswell, NM 88203
3983741     Linda Ghaffari        4716 Taylor Ridge Rd NW      Albuquerque, NM 87120
3983742     Lvnv Funding Uc        Po Box 1269      Greenville, SC 29602
3983744     MRS BPO        1930 Olney Ave      Cherry Hill, NJ 08003
3983743     Merrick Bank Corp        Po Box 9201      Old Bethpage, NY 11804
3983748     NM Department of Workforce Solutions        501 Mountain Rd NE      Albuquerque, NM 87102
3983745     Nationwide Credit, Inc        PO Box 15130      Wilmington, DE 19850–5130
3983746     New Mexico Disciplinary Board        2440 Louisiana Blvd. NE Ste280      Albuquerque, NM 87110
3983747     New Mexico Taxation & Revenue Department      Bankruptcy Section      PO Box 8575      Albuquerque, NM
            87198–8575
3983749     Nm Mexico Educational        Po Box 27020      Albuquerque, NM 87125
3983751     PNC Bank        PO Box96066      Pittsburgh, PA 15226
3983750     PayPal Credit        PO Box 71202      Charlotte, NC 28272–1202
3983752     Portfolio Recovery Associates LLC        PO Box 12914      Norfolk, VA 235441
3983753     Sallie Mae Bank Inc        Po Box 3229      Wilmington, DE 19804
3983754     Sofi        2750 E Cottonwood Pkwy      Cottonwood Heights, UT 84121
3983755     Suntrust        600 W Broadway Ste 2000      San Diego, CA 92101
3983756     Synchrony Bank        Attn: Bankruptcy Dept.      P.O. Box 965061      Orlando, FL 32896
3983757     Timothy Kilguss        801 Locust Place NE Apt 1251      Albuquerque, NM 87102
3983758     Tricore Reference Laboratories        PO Box 27561      Albuquerque, NM 87125
```

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 38