UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: JOEL ALAN GAFFNEY,            No. 21-11322-kht7
      d/b/a Gaffney Law, PC,
      d/b/a American Income Life Insurance,

      Debtor.

## ORDER OF RECUSAL AND REASSIGNMENT OF BANKRUPTCY CASE TO JUDGE KIMBERLEY H. TYSON

A disqualifying circumstance requires recusal. Pursuant to the provisions of 28 U.S.C. § 155(a) and the Judicial Counsel Plan for Temporary Transfer of Bankruptcy Judges adopted October 27, 1997, the Tenth Circuit Court of Appeals has designated the Honorable Kimberley H. Tyson, Chief Bankruptcy Judge for the District of Colorado, to serve temporarily as a bankruptcy judge in the United States Bankruptcy Court for the District of New Mexico on an "as needed" basis.

WHEREFORE, IT IS HEREBY ORDERED that the Honorable Robert H. Jacobvitz recuses himself from any further proceedings in the above-captioned bankruptcy case.

ORDERED FURTHER that this bankruptcy case is reassigned to the Honorable Kimberley H. Tyson, sitting by designation in the District of New Mexico. All future documents filed in this case should bear Judge Tyson's initials in the case number as noted above.

/s/ Robert H. Jacobvitz
_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket:     December 2, 2021

COPY TO:

Joel Alan Gaffney
4200 Montgomery Blvd NE Apt 208
Albuquerque, NM 87109

Yvette J. Gonzales
Chapter 7 Trustee
PO Box 1037
Placitas, NM 87043-1037

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608