# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 12/2/2021 |
| Case: 21–11322–kht7 | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion20.aq.ecf@usdoj.gov
tr    Yvette J. Gonzales    yjgllc@yahoo.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joel Alan Gaffney    4200 Montgomery Blvd NE Apt 208    Albuquerque, NM 87109

    TOTAL: 1