United States Bankruptcy Court
District of New Mexico

| | |
|---|---|
| In re: | Case No. 21-11322-j |
| Joel Alan Gaffney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 1084-1     User: admin     Page 1 of 2
Date Rcvd: Dec 02, 2021     Form ID: 309A     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joel Alan Gaffney, 4200 Montgomery Blvd NE Apt 208, Albuquerque, NM 87109-1154 |
| 3983726 | + | Brandon D Flath, 200 Skyline Dr, Edgewood, NM 87015-6728 |
| 3983727 | + | Brian Dale Van Winkle, 702 White mtn, Ruidoso, NM 88345-7729 |
| 3983731 | + | CPF Commission, 2440 Louisiana Blvd. NE Suite 280, Albuquerque, NM 87110-4403 |
| 3983730 | #+ | Celine Marie Lewis, 6120 Chayote Rd. NE, Rio Rancho, NM 87144-5228 |
| 3983734 | + | Edward S Gaffney, 2105 Madeira Dr NE, Albuquerque, NM 87110-5141 |
| 3983735 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 3983737 | + | Guglielmo & Associates, PO Box41688, Tucson, AZ 85717-1688 |
| 3983740 | + | Julie Ann Delgado, 1414 S. Union Ave, Apt D-11, Roswell, NM 88203-2682 |
| 3983741 | #+ | Linda Ghaffari, 4716 Taylor Ridge Rd NW, Albuquerque, NM 87120-5717 |
| 3983744 | + | MRS BPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 3983748 | + | NM Department of Workforce Solutions, 501 Mountain Rd NE, Albuquerque, NM 87102-2400 |
| 3983745 | | Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 3983746 | + | New Mexico Disciplinary Board, 2440 Louisiana Blvd. NE Ste280, Albuquerque, NM 87110-4403 |
| 3983749 | + | Nm Mexico Educational, Po Box 27020, Albuquerque, NM 87125-7020 |
| 3983751 | + | PNC Bank, PO Box96066, Pittsburgh, PA 15226-0066 |
| 3983753 | + | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 |
| 3983755 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 3983757 | + | Timothy Kilguss, 801 Locust Place NE Apt 1251, Albuquerque, NM 87102-1659 |
| 3983758 | + | Tricore Reference Laboratories, PO Box 27561, Albuquerque, NM 87125-7561 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FYGONZALES.COM | Dec 03 2021 03:28:00 | Yvette J. Gonzales, Trustee, PO Box 1037, Placitas, NM 87043-1037 |
| ust | | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Dec 02 2021 22:25:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |
| 3983724 | + | EDI: AMEREXPR.COM | Dec 03 2021 03:28:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 3983728 | | EDI: CAPITALONE.COM | Dec 03 2021 03:28:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 3983729 | + | EDI: CAPITALONE.COM | Dec 03 2021 03:28:00 | Capital one, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 3983732 | | EDI: DISCOVER.COM | Dec 03 2021 03:28:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 3983733 | + | EDI: DISCOVER.COM | Dec 03 2021 03:28:00 | Discover Fin Svcs Lie, Po Box 15316, Wilmington, DE 19850-5316 |
| 3983736 | + | Email/Text: Banko@frontlineas.com | Dec 02 2021 22:25:00 | Frontline Asset Strategies, 2700 Snelling Ave N. |

| | | | |
|---|---|---|---|
| 3983738 | EDI: IRS.COM | Dec 03 2021 03:28:00 | Suite 250, Roseville, MN 55113-1783<br>Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3983739 | EDI: JPMORGANCHASE | Dec 03 2021 03:28:00 | JpmcbCard, Po Box 15298, Wilmington, DE 19850 |
| 3983742 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2021 22:43:30 | Lvnv Funding Uc, Po Box 1269, Greenville, SC 29602-1269 |
| 3983743 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 22:43:30 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 3983747 | EDI: NMTRD.COM | Dec 03 2021 03:28:00 | New Mexico Taxation & Revenue Department, Bankruptcy Section, PO Box 8575, Albuquerque, NM 87198-8575 |
| 3983725 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2021 22:25:00 | Bbva Usa, 15 20th St S fl 9, Birmingham, AL 35233 |
| 3983752 | EDI: PRA.COM | Dec 03 2021 03:28:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 235441 |
| 3983750 | EDI: RMSC.COM | Dec 03 2021 03:28:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 3983754 | Email/Text: lhunsaker@sofi.org | Dec 02 2021 22:25:00 | Sofi, 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121 |
| 3983756 | + EDI: RMSC.COM | Dec 03 2021 03:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2021       Signature:       /s/Joseph Speetjens

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1 | **Joel Alan Gaffney** | Social Security number or ITIN | xxx–xx–7210 |
| | First Name   Middle Name   Last Name | EIN | 83–3736934 |
| | United States Bankruptcy Court   **District of New Mexico** | Date case filed for chapter 7 | 12/2/21 |
| | Case number:   21–11322–j7 | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joel Alan Gaffney | |
| 2. | **All other names used in the last 8 years** | dba Gaffney Law, PC, dba American Income Life Insurance | |
| 3. | **Address** | 4200 Montgomery Blvd NE Apt 208<br>Albuquerque, NM 87109 | |
| 4. | **Debtor's attorney**<br>Name and address | Joel Alan Gaffney<br>4200 Montgomery Blvd NE Apt 208<br>Albuquerque, NM 87109<br>Contact phone   505–261–7157<br>Email   **None** | |
| 5. | **Bankruptcy Trustee**<br>Name and address | Yvette J. Gonzales<br>Trustee<br>PO Box 1037<br>Placitas, NM 87043–1037 | Contact phone   505–771–0700<br>Email   yjgllc@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1
12/2/21

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Pete V. Domenici U.S. Courthouse  333 Lomas Blvd. NW, Suite 360  Albuquerque, NM 87102 | Hours open  8:30 AM to 4:00 PM  Contact phone  505–415–7999/866–291–6805  Court Website  www.nmb.uscourts.gov |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 3, 2022 at 11:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **AT THE TIME SHOWN CALL: 1–877–633–8981, Passcode: 4824077, after joining the call, press *6 to mute/unmute.** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/4/22** |
| | | **Deadline to File Certification About a Financial Management Course:** • You must file a statement that you have completed the personal financial management course pursuant to Federal Rule of Bankruptcy Procedure 1007(c). | **Filing deadline: 3/4/22** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

Case 21-11322-kht7    Doc 10    Filed 12/04/21    Entered 12/04/21 22:23:16 Page 4 of 4