United States Bankruptcy Court
District of New Mexico

| | |
|---|---|
| In re: | Case No. 21-11322-j |
| Joel Alan Gaffney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1084-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 02, 2021 | Form ID: econsent | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joel Alan Gaffney, 4200 Montgomery Blvd NE Apt 208, Albuquerque, NM 87109-1154 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| Yvette J. Gonzales | yjgllc@yahoo.com  yg@trustesolutions.net |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: JOEL ALAN GAFFNEY ,                              Case No.: 21−11322−j7

      Debtor.

## PRO SE PARTY ELECTRONIC NOTICE AND SERVICE CONSENT FORM – BANKRUPTCY CASE

      I hereby consent to receive notices electronically (i.e., by email at the email address given below) and waive my right to receive them by United States mail. I also consent to electronic service of any motions and other papers that may be filed in this case, and waive personal service or service by United States mail. Finally, I consent to electronic service and notice of any orders or judgments entered in this case, and waive service and notice by United States mail.

      I understand that by signing this form I waive my right to receive documents filed or served in my bankruptcy case by United States mail, and that the ONLY copies I receive will be electronic copies attached to email messages, not paper copies.

_____      _____
Signature of Debtor/Party                                                     Email address

Name: _____

Date: _____

_____      _____
Signature of Joint Debtor                                                       Email address

Name: _____

Date: _____

NM LF 5005−2(b)−1