United States Bankruptcy Court
District of New Mexico

| | |
|---|---|
| In re: | Case No. 21-11322-kht |
| Joel Alan Gaffney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1084-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdfor1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joel Alan Gaffney, 4200 Montgomery Blvd NE Apt 208, Albuquerque, NM 87109-1154 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| Yvette J. Gonzales | yjgllc@yahoo.com  yg@trustesolutions.net |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: JOEL ALAN GAFFNEY,
d/b/a Gaffney Law, PC,
d/b/a American Income Life Insurance,

No. 21-11322-kht7

Debtor.

## ORDER OF RECUSAL AND REASSIGNMENT OF BANKRUPTCY CASE TO JUDGE KIMBERLEY H. TYSON

A disqualifying circumstance requires recusal. Pursuant to the provisions of 28 U.S.C. § 155(a) and the Judicial Counsel Plan for Temporary Transfer of Bankruptcy Judges adopted October 27, 1997, the Tenth Circuit Court of Appeals has designated the Honorable Kimberley H. Tyson, Chief Bankruptcy Judge for the District of Colorado, to serve temporarily as a bankruptcy judge in the United States Bankruptcy Court for the District of New Mexico on an "as needed" basis.

WHEREFORE, IT IS HEREBY ORDERED that the Honorable Robert H. Jacobvitz recuses himself from any further proceedings in the above-captioned bankruptcy case.

ORDERED FURTHER that this bankruptcy case is reassigned to the Honorable Kimberley H. Tyson, sitting by designation in the District of New Mexico. All future documents filed in this case should bear Judge Tyson's initials in the case number as noted above.

_/s/ Robert H. Jacobvitz_
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: December 2, 2021

COPY TO:

Joel Alan Gaffney
4200 Montgomery Blvd NE Apt 208
Albuquerque, NM 87109

Yvette J. Gonzales
Chapter 7 Trustee
PO Box 1037
Placitas, NM 87043-1037

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608