Certificate Number: 14912-NM-DE-036188713

Bankruptcy Case Number: 21-11322


14912-NM-DE-036188713

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 7, 2021</u>, at <u>8:09</u> o'clock <u>PM EST</u>, <u>Joel Gaffney</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Mexico</u>.

Date:  <u>December 7, 2021</u>        By:   <u>/s/Jai Bhatt</u>

                                    Name: <u>Jai Bhatt</u>

                                    Title: <u>Counselor</u>