UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

JOEL ALAN GAFFNEY,                                        No. 21-11322-kht7

    Debtor.

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Mary L. Johnson, Assistant U.S. Trustee in the District of New Mexico, files this *Notice of Entry of Appearance and Request for Notice* in this matter on behalf of the Office of the United States Trustee.

    ILENE J. LASHINSKY
    United States Trustee

    /s/ *Mary L. Johnson*
    Mary L. Johnson
    Assistant United States Trustee
    Office of U. S. Trustee
    P. O. Box 608
    Albuquerque, NM 87103
    (505) 248-6549
    mary.l.johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022 in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E), the foregoing was filed and served via the Court's CM/ECF system to those parties who are registered CM/ECF participants in this matter.

I further certify that a copy of this document was provided via U.S. Mail, first-class postage prepaid, and by e-mail on January 3, 2022 to the below listed party:

Joel Alan Gaffney
4200 Montgomery Blvd NE, Apt 208
Albuquerque NM 87109
Joel.alan.gaffney@gmail.com

/s/ *Tamara D. Pardo*
Tamara D. Pardo
Paralegal Specialist