| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Joel Alan Gaffney | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name    Middle Name | | Last Name |
| United States Bankruptcy Court for the: District of New Mexico | | |
| Case number (if know) | 21-11322 | |

FILED
at 10:00 o'clock A M

JAN 0 4 2022

United States Bankruptcy Court
Albuquerque, New Mexico

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☒ No. Go to Part 2
   - ☐ Yes. Where is the property?

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☒ No
   - ☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☒ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................▶ | $0.00 |

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. Household goods and furnishings

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☒ Yes. Describe...

   | Household Furniture | $ 625.00 |

7. Electronics

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☒ Yes. Describe...

   | iPad Pro<br>Laptop Computer<br>Cell phone - Used for business and personal<br>Laptop Computer - Used for business and personal | $ 1,475.00 |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe...

   | Various board games | $ 150.00 |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Clothing - Debtor<br>Professional Dress - For business | $ 1,600.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☑ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    | 2 cats - ordinary domestic | $ 0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here........................................................➤ $3,850.00

---

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.................................................................................................................... Cash ........................... $ 300.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................      Institution name

    | 17.1. Checking account: | Sandia Laboratories FCU | $ 383.41 |
    | 17.2. Savings account:  | Sandia Laboratories FCU | $ 75.66 |

| Debtor 1 | Joel Alan Gaffney | | Case number *(if known)* 21-11322 |
|---|---|---|---|
| | First Name | Middle Name   Last Name | |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☑ No
- ☐ Yes...................

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

- ☐ No
- ☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Gaffney Law, PC | 100 % | $ 0.00 |
| Silverman & Sardar LLP | 1 % | $ Unknown |

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

- ☑ No
- ☐ Yes. Give specific information about them..........

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

- ☑ No
- ☐ Yes. List each account separately

### 22. Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- ☑ No
- ☐ Yes.....................

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

- ☑ No
- ☐ Yes......................

### 24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- ☑ No
- ☐ Yes......................

### 25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

- ☑ No
- ☐ Yes. Give specific information about them...

### 26. Patents, copyrights, trademarks, trade secrets, and other intellectual property

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes. Give specific information about them...

### 27. Licenses, franchises, and other general intangibles

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☐ No
- ☑ Yes. Give specific information about them...

| New York Bar Admission, New Mexico Insurance Producer License, New Mexico Bar Admission - Suspended | $ 0.00 |
|---|---|

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 28. Tax refunds owed to you

- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

Case 21-11322-kht7   Doc 18   Filed 01/04/22   Entered 01/04/22 11:32:33   Page 3 of 6

page 3 of 5

Debtor 1 Joel Alan Gaffney    Case number (if known) 21-11322

|  | Federal: | $ 0.00 |
|---|---|---|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

### 29. Family support

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

### 30. Other amounts someone owes you

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

### 31. Interests in insurance policies

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

### 32. Any interest in property that is due you from someone who has died

☑ No
☐ Yes. Give specific information....

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

☑ No
☐ Yes. Give specific information....

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No
☐ Yes. Give specific information....

### 35. Any financial assets you did not already list

☑ No
☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............▶ $759.07

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

### 46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

### 53. Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. Add the dollar value of all of your entries from Part 7. Write that number here ...............▶ $0.00

Debtor 1  Joel Alan Gaffney                                 Case number *(if known)* 21-11322

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ............................................................................................▶ | | | $ 0.00 |
| 56. Part 2: Total vehicles, line 5 | $ 0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $ 3,850.00 | | |
| 58. Part 4: Total financial assets, line 36 | $ 759.07 | | |
| 59. Part 5: Total business-related property, line 45 | $ 0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $ 0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $ 0.00 | | |
| 62. Total personal property. Add lines 56 through 61 .................. | $ 4,609.07 | Copy personal property total ▶ | + $ 4,609.07 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $ 4,609.07 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Joel Alan Gaffney

Case No. 21-11322

Debtor(s).

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information provided in the documents filed concurrently with this unsworn declaration and listed here:

Amended Schedule A/B: Property.

is true and correct.

_/s/ Joel Alan Gaffney_
Debtor signature
Name: Joel Alan Gaffney
Date: 01/04/2022  4 January 2022

Joint debtor signature
Name: _____
Date: _____

NM LF 9012