UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re: JOEL ALAN GAFFNEY,
d/b/a Gaffney Law, PC,
d/b/a American Income Life Insurance,

Case No. 21-11332-kht7

Debtor(s).

## NOTICE OF AMENDMENT TO BANKRUPTCY SCHEDULE(S)

On January 4, 2022, I filed amended schedule(s) B and Statement of Financial Affairs. Pursuant to Local Rule 1009-1(b),[1] the following describes the amendment(s).[2]

Schedules A or B (individuals):

| Description of Property | Interest in Property (i.e., Debtor 1 only, Debtor 2 only, Debtor 1 and Debtor 2 only, at least one debtor and another) | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| 1% Partnership interest in Silverman & Sardar, LLP | Debtor 1 only | Unknown | $0.00 |

Date: January 4, 2022

Signature
Name: Joel Alan Gaffney
Address: 4200 Montgomery Blvd, Apt 208
Albuquerque, NM 87109
Telephone: (505) 261-7157
Email: joel.alan.gaffney@gmail.com

### Certificate of Service

I certify that, on the date set forth above, copies of this notice were served 1) via CM/ECF electronic notice on all creditors and parties in interest listed on the notice of electronic filing associated with this document; and 2) via first class mail, postage prepaid on all persons who have requested notice in this case but who do not receive electronic notice through CM/ECF.

Signature

---

[1] NM LBR 1009-1(b) requires that the notice of amendment "specify the amended or new information."
[2] Please delete all tables and text that do not apply to the amendment. If amending Schedule C, use NM LF 4003-1(e).

NM LF 1009-1(b)