Fill in this information to identify your case:

Debtor 1: Joel Alan Gaffney
       First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Mexico

Case number: 21-11322
(if know)

FILED
at 9:59 o'clock A M

JAN 0 4 2022

United States Bankruptcy Court
Albuquerque, New Mexico

☒ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1344 Vassar Dr NE<br>Number  Street<br>Albuquerque NM  87106<br>City  State  ZIP Code | From 10/2017<br>To 10/2020 | _____<br>Number  Street<br>_____<br>City  State  ZIP Code | From ____<br>To ____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $ ____ | ☐ Wages, commissions, bonuses, tips | $ ____ |
| | ☑ Operating a business | | ☐ Operating a business | |

| Debtor | Joel Alan Gaffney | | Case number (if known) 21-11322 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2020) | ☑ Wages, commissions, bonuses, tips | $ 0.00 | ☐ Wages, commissions, bonuses, tips | $ _____ | |
| | ☑ Operating a business | | ☐ Operating a business | | |
| **For the calendar year before that:** (January 1 to December 31, 2019) | ☑ Wages, commissions, bonuses, tips | $ 24,979.00 | ☐ Wages, commissions, bonuses, tips | $ _____ | |
| | ☑ Operating a business | | ☐ Operating a business | | |

### 5. Did you receive any other income during this year or the two previous calendar years?

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $ 25,790.00 | | |
| For last calendar year: (January 1 to December 31, 2020) | Unemployment | $ 26,935.00 | | |
| For the calendar year before that: (January 1 to December 31, 2019) | Interest Earned on Shareholder Loan to Gaffney Law, PC - This went unpaid | $ 4,889.00 | | $ 0.00 |

### Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

### 6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|

Debtor __Joel Alan Gaffney__   Case number(if known) __21-11322__

| Creditor | Date | Amount paid | Amount owed | Reason |
|---|---|---|---|---|
| **Charles McKinney**<br>2812 Espanola St NE<br>Albuquerque NM 87110 | 10/28/2021 | $ 1,500.00 | $ 0.00 | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☑ Other<br>Unearned legal fees |
| **Renee Mehring**<br>12240 Phoenix Avenue<br>Northeast<br>Albuquerque NM 87112 | 09/29/2021 | $ 1,500.00 | $ 0.00 | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☑ Other<br>Unearned legal fees |
| **Melissa Brownell**<br>20 Cerro Alto Road<br>Lamy NM 87540 | 09/29/2021 | $ 7,000.00 | $ 0.00 | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☑ Other<br>Unearned legal fees |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No.
☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Edward S Gaffney**<br>Creditor's Name<br>2105 Madeira Dr NE<br>Albuquerque NM 87110 | | $ 1,650.60 | $ 11,180.14 | **Payment to Sallie Mae on bar study loan. Sallie Mae takes the position that this is a nondischargeable student loan under 523(a)(8).** |

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Debtor | Joel Alan Gaffney | | Case number (if known) 21-11322 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Discover Bank v. Joel Gaffney<br>Case number:<br>T-4-CV-2021-001972 | Credit Card Collection; Date filed: 02/22/2021 | Bernalillo County Metropolitan Court<br>Court Name<br>401 Lomas Blvd NW<br>Number   Street<br>Albuquerque NM   87107<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Matter of Gaffney<br>Case number: S-1-SC-39067 | Attorney Discipline; Date filed: 11/04/2021 | New Mexico Supreme Court<br>Court Name<br>237 Don Gaspar Avenue, Room 104<br>Number   Street<br>Santa Fe NM   87501<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Matter of Gaffney<br>Case number: S-1-SC-38619 | Administrative Suspension of Attorney; Date filed: 12/23/2020 | New Mexico Supreme Court<br>Court Name<br>237 Don Gaspar Avenue, Room 104<br>Number   Street<br>Santa Fe NM   87501<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

### Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

### Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

### Part 7:   List Certain Payments or Transfers

Debtor  Joel Alan Gaffney
        First Name  Middle Name  Last Name                                    Case number(if known) 21-11322

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- [x] No
- [ ] Yes. Fill in the details.

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- [x] No
- [ ] Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- [ ] No
- [x] Yes. Fill in the details.

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Carvana<br>Person Who Received Transfer<br>1930 W Rio Salado Pkwy<br>Number  Street<br>Tempe AZ  85281<br>City  State  ZIP Code<br>Person's relationship to you  None | 2011 Honda Fit Sport, $8,202.06 | 8202.06 | 06/30/2021 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- [x] No
- [ ] Yes. Fill in the details.

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- [ ] No
- [x] Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Vanguard<br>Name of Financial Institution<br>P.O. Box 982903<br>Number  Street<br>El Paso TX  79998-2903<br>City  State  ZIP Code | XXXX- __ __ __ __ | [ ] Checking<br>[ ] Savings<br>[ ] Money market<br>[ ] Brokerage<br>[x] Other<br>401k through former employer | 09/01/2021 | $ 24,150.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

Debtor  Joel Alan Gaffney                    Case number(if known) 21-11322

## 22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy

- [x] No
- [ ] Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

## 23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

- [ ] No
- [x] Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Gaffney Law, PC<br>Owner's Name | | Law firm operating account | $ 62.07 |
| 4200 Montgomery Blvd, Apt 208<br>Number  Street | 2200 Louisiana Blvd NE Ste E08<br>Number  Street | | |
| Albuquerque NM  87109<br>City  State  ZIP Code | Albuquerque NM  87110<br>City  State  ZIP Code | | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

## 24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- [x] No
- [ ] Yes. Fill in the details.

## 25. Have you notified any governmental unit of any release of hazardous material?

- [x] No
- [ ] Yes. Fill in the details.

## 26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- [x] No
- [ ] Yes. Fill in the details.

### Part 11: Give Details About Your Business or Connections to Any Business

## 27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- [x] A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- [ ] A member of a limited liability company (LLC) or limited liability partnership (LLP)
- [x] A partner in a partnership
- [x] An officer, director, or managing executive of a corporation
- [ ] An owner of at least 5% of the voting or equity securities of a corporation
- [ ] No. None of the above applies. Go to Part 12.
- [x] Yes. Check all that apply above and fill in the details below for each business.

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6 of 8

Debtor __Joel Alan Gaffney__   Case number (if known) __21-11322__
       First Name  Middle Name  Last Name

---

**Business Name:** Joel Gaffney Travel Agent
**Number Street:** 4200 Montgomery Blvd NE
Apt 208
**City State ZIP Code:** Albuquerque NM 87109

**Describe the nature of the business:** Travel Agency - Not yet active

**Name of accountant or bookkeeper:** Joel Gaffney

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

**Dates business existed**
From 10/15/2021 To Current

---

**Business Name:** Joel Gaffney
**Number Street:** 4200 Montgomery Blvd Ne
Apt 208
**City State ZIP Code:** Albuquerque NM 87109

**Describe the nature of the business:** Life and Accident Insurance Sales

**Name of accountant or bookkeeper:** Joel Gaffney

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

**Dates business existed**
From 11/18/2021 To Current

---

**Business Name:** Silverman & Sardar LLP
**Number Street:** 420 Lexington Avenue, Suite 300
420 Lexington Avenue, Suite 300
**City State ZIP Code:** New York NY 10107

**Describe the nature of the business:** Law Firm

**Name of accountant or bookkeeper:** Daniel Silverman

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 4 6 - 4 9 1 2 0 1 6

**Dates business existed**
From 06/01/2019 To Current

---

**Business Name:** Gaffney Law, PC
**Number Street:** 6565 America's Parkway #200
**City State ZIP Code:** Albuquerque NM 87110

**Describe the nature of the business:** Legal Services Professional Corporation

**Name of accountant or bookkeeper:** Joel Alan Gaffney

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: 8 3 - 3 7 3 6 9 3 4

**Dates business existed**
From 04/01/2019 To 03/26/2021

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| Debtor | Joel Alan Gaffney | Case number *(if known)* 21-11322 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

× *[signed] Joel Alan Gaffney*
Signature of Debtor 1

× _____
Signature of Debtor 2

Date 01/03/2022

Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).